**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>    Plaintiff,<br><br>  v.<br><br>D. BRADLEY, et al.<br><br>    Defendants.<br>_____ / | No. C 02-01512 JSW<br><br>**ORDER REFERRING DISCOVERY TO RANDOMLY ASSIGNED MAGISTRATE JUDGE** |

    Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery matters.

    **IT IS SO ORDERED.**

Dated: October 24, 2005

                                                   JEFFREY S. WHITE<br>
                                                   UNITED STATES DISTRICT JUDGE

    cc:    Wings Hom