JOHN P. SIMON V. D. BRADLEY, et al.
02-1512

## ORDER

Having considered the Stipulation of the parties, and finding good cause therefor,

It is HEREBY ORDERED that the PRE-TRIAL CONFERENCE BE RESCHEDULED TO June 19, 2006. at 2:00 p.m. The parties' pretrial filings shall be filed on June 5, 2006.

Dated: March 9, 2006

Judge Jeffrey White