IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BRADLEY, et al.,<br><br>    Defendants.<br>_____/ | No. C 02-01512 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR PROTECTIVE ORDER** |

The Court has received the parties' Stipulation for Protective Order and Confidentiality of Documents Acquired During Discovery and Order. Upon review of the proposed order, the Court finds that paragraph 12 of the Order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The Stipulated Protective Order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: March 13, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE