IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

    Plaintiff,

  v.

D. BRADLEY, et al.

    Defendants.

No. C 02-01512 JSW

**ORDER MODIFYING PRETRIAL FILING DEADLINES**

    Due to the Court's schedule, the Court HEREBY ORDERS that all pretrial filings in this matter shall be due on June 5, 2006. The Court shall not entertain any requests to modify this deadline.

    **IT IS SO ORDERED.**

Dated: April 25, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE