**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>    Plaintiff,<br><br>  v.<br><br>D. BRADLEY, et al.<br><br>    Defendants.<br>_____ / | No. C 02-01512 JSW<br><br>**ORDER OF REFERRAL FOR SETTLEMENT** |

    Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for a Settlement Conference to be completed by June 12, 2006.

    **IT IS SO ORDERED.**

Dated: May 15, 2006

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

    cc:    Wings Hom