UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,  
        Plaintiff(s),  
  v.  
D. BRADLEY, ET AL.,  
        Defendant(s).  
_____/

No. C-02-1512 JSW (JCS)

**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **May 24, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff, John P. Simon (Inmate J99502 and PFN AJL 707), is currently confined in the Atascadero State Hospital, 10333 El Camino Real, Atascadero, California. In order for the above-referenced conference to take place, the Court and counsel for Plaintiff must be able to confer with Plaintiff on May 24, 2006, beginning at 9:30 a.m. and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Simon be made available by telephone for the Settlement Conference beginning at 9:30 a.m. and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: May 18, 2006

                                                    JOSEPH C. SPERO  
                                                    United States Magistrate Judge