Theodore T. Ting (SBN 191163)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Mailing Address:
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:   510.273.8832

Attorneys for Plaintiff
John P. Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John P. Simon,<br><br>Plaintiff,<br><br>vs.<br><br>D. Bradley, et al.,<br><br>Defendants. | No.: C 02-01512 JSW<br><br>**STIPULATION AND ORDER RE REQUEST FOR EXTENSION TO SUBMIT DISK CONTAINING JOINT PROPOSED FINAL PRETRIAL ORDER** |

Counsel for Plaintiff and Defendant hereby respectfully request a two-day extension, until June 7, 2006, to submit the disk containing the Joint Proposed Final Pretrial Order in this matter. The Joint Proposed Final Pretrial Order has been e-filed and a hard copy has been lodged with the Court.

DATED: __6/5__, 2006.

REED SMITH LLP

By _____
Theodore T. Ting (SBN 191163)
Attorneys for Plaintiff
John P. Simon

– 1 –

```
 1    DATED: _____, 2006.
 2                                          THE NARAYAN LAW FIRM
 3
 4                                          By  S.D. Narayan
                                               S.D. Narayan
 5                                             Attorneys for Defendant
                                               Deputy D. Bradley
 6
 7
 8    IT IS SO ORDERED.
 9
                                                        June 6, 2006
10    _____
11    UNITED STATES DISTRICT COURT JUDGE
12
```

—2—

Stipulation and Order Requesting Extension to Submit Disk Containing Joint Pre-Trial Conference Statement