IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

    Plaintiff,

v.

D. BRADLEY, et al.,

    Defendants.

No. C 02-01512 JSW

**ORDER RE MOTION TO WITHDRAW AS COUNSEL**

The Court has received Reed Smith LLP's motion to be permitted to withdraw as counsel for Plaintiff and the stipulation for an order to shorten time to hear the motion.

The Court will address the motion to withdraw at the pretrial conference set for June 19, 2006. Reed Smith is ORDERED to take whatever steps necessary to ensure Plaintiff's presence at that conference, and to bring any materials it believes have bearing on the motion. To the extent the Court needs to hear the motion outside of the presence of Defendant, it shall do so.

**IT IS SO ORDERED.**

Dated: June 7, 2006

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE