| | |
|---|---|
| 1  Theodore T. Ting (SBN 191163)<br>   Daniel J. Valim (SBN 233061)<br>2  REED SMITH LLP<br>   1999 Harrison Street, Suite 2400<br>3  Oakland, CA 94612-3572<br>4  **Mailing Address:**<br>   P.O. Box 2084<br>5  Oakland, CA 94604-2084<br>6  Telephone:  510.763.2000<br>   Facsimile:  510.273.8832<br>7<br>   Attorneys for Plaintiff<br>8  John P. Simon | **FILED**<br>JUN 1 2 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>           Plaintiff,<br><br>   vs.<br><br>D. BRADLEY, et al.,<br><br>           Defendants. | No.: C 02-01512 JSW<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:      June 19, 2006<br>Time:      9:00 A.M.<br>Place:     Dept. 2, 17th Floor<br>Honorable  Jeffrey S. White |

John P. Simon, inmate J99502 and PFN AJL 707, a necessary and material party in proceedings in this case, is confined in ATASCADERO STATE HOSPITAL, 10333 EL CAMINO REAL, ATASCADERO, CALIFORNIA. To secure his participation, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before this Court, Department 2, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on June 19, 2006, at 9:00 a.m.

///

///

///

///

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff of Alameda County and the Warden of Atascadero State Hospital to produce the inmate before this Court, Department 2, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on June 19, 2006, at 9:00 a.m., and from day to day until completion of court proceedings or as ordered by the Court; and

2. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612 and the Legal Records Department, Atascadero State Hospital, P.O. Box 7001, Atascadero, CA 93423-7001.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: CHARLES C. PLUMMER, SHERIFF OF THE COUNTY OF ALAMEDA, AND THE WARDEN OF ATASCADERO STATE HOSPITAL:

WE COMMAND you to produce the inmate named above to appear before the United States District Court at the time and place above; and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: June ___, 2006.    JUN 1 2 2006

By _____
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

No.: C 02-01512 JSW — 2 — DOCSOAK-9832296.1-CCRAWFORD 6/8/06 10:14 AM

Writ of Habeas Corpus ad Testificandum

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SIMON,

        Plaintiff,

v.

BRADLEY et al,

        Defendant.

Case Number: CV02-01512 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Certified Copies sent to:

Legal Records Department
Atascadero State Hospital
P. O. Box 7001
Atascadero, CA 93423-7001

Alameda County Sheriff's Office
1401 Lakeside Drive, 12th Floor
Oakland, CA 94612

Dated: June 12, 2006

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk