**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

    Plaintiff,

v.

D. BRADLEY, et al.

    Defendants.
    _____ /

No. C 02-01512 JSW

**ORDER REQUIRING PLAINTIFF TO REMAIN IN FEDERAL CUSTODY PURSUANT TO WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Plaintiff John P. Simon, inmate J99502 and PFN AJL 707, a necessary and material party to this case who is confined in ATASCADERO STATE HOSPITAL, 10333 EL CAMINO REAL, ATASCADERO, CALIFORNIA. On June 12, 2006, to secure his participation in this matter, this Court issued a Writ of Habeas Corpus Ad Testificandum commanding the custodian to produce Simon to this Court, Department 2, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, on June 19, 2006.

    It is FURTHER ORDERED BY THIS COURT that following the hearing before this Court, Simon shall remain in Federal Custody in order to secure his participation in a Settlement Conference to be held on June 20, 2006, at 9:00 a.m. before the Honorable Judge Joseph Spero, Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

CA 94102.

**IT IS SO ORDERED.**

Dated: June 16, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE