United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JOHN P. SIMON,

10          Plaintiff,                          No. C 02-01512 JSW

11   v.                                         **AMENDED ORDER REQUIRING PLAINTIFF TO REMAIN IN**

12   D. BRADLEY, et al.                         **FEDERAL CUSTODY PURSUANT TO WRIT OF HABEAS CORPUS**

13          Defendants.                         **AD TESTIFICANDUM**
                                   /
14

15          Plaintiff John P. Simon, inmate J99502 and PFN AJL 707, a necessary and material

16   party to this case who is confined in ATASCADERO STATE HOSPITAL, 10333 EL CAMINO

17   REAL, ATASCADERO, CALIFORNIA.  On June 12, 2006, to secure his participation in this

18   matter, this Court issued a Writ of Habeas Corpus Ad Testificandum commanding the custodian

19   to produce Simon to this Court, Department 2, 17th Floor, United States Courthouse, 450 Golden

20   Gate Avenue, San Francisco, CA 94102, on June 19, 2006 **at 2:00 p.m.**

21          It is FURTHER ORDERED BY THIS COURT that following the hearing before this

22   Court, Simon shall remain in Federal Custody in order to secure his participation in a Settlement

23   Conference to be held on June 20, 2006, at **9:30** a.m. before the Honorable Judge Joseph Spero,

24   Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

25

26

27

28

**United States District Court**

For the Northern District of California

1   CA 94102.

2   The United States Marshal Service shall produce John P. Simon on Monday, June 19,

3   2006 at 2:00 p.m. in Courtroom 2, 17th Floor, United States Courthouse, 450 Golden Gate

4   Avenue, San Francisco, CA 94102, and on Tuesday, June 20, 2006, at 9:30 a.m. before  before

5   the Honorable Judge Joseph Spero, Courtroom A, 15th Floor, United States Courthouse, 450

6   Golden Gate Avenue, San Francisco, CA 94102, and John P. Simon shall be held in federal

7   custody until completion of said hearings.

8   **IT IS SO ORDERED.**

9   Dated: June 16, 2006

    JEFFREY S. WHITE
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2