UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>  Plaintiff(s),<br><br>  v.<br><br>D. BRADLEY, ET AL.,<br><br>  Defendant(s).<br>_____/ | No. C-02-1512 JSW (JCS)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **June 20, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties.

**If they desire, counsel may lodge updated Settlement Conference Statements directly with Chambers by noon on June 19, 2006.** Please 3-hole punch the document at the left side.

IT IS SO ORDERED.

Dated: June 16, 2006

JOSEPH C. SPERO
United States Magistrate Judge