Theodore T. Ting (SBN 191163)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:     510.273.8832

Attorneys for Plaintiff
John P. Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>             Plaintiff,<br><br>    vs.<br><br>D. BRADLEY, et al.,<br><br>             Defendants. | No.: C 02-01512 JSW<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO VACATE THE DATE OF TRIAL ~~AND SET A STATUS CONFERENCE~~<br><br>Honorable Jeffrey S. White |

         IT IS HEREBY ORDERED that the joint request for or an order vacating the trial date of July 24, 2006, and ~~setting a status conference on August 25, 2006 at 1:30 p.m.,~~ is granted. The parties shall submit a status report to the Court regarding settlement on August 25, 2006, and every forty-five days thereafter until this matter is dismissed.
         PURSUANT TO STIPULATION, IT IS SO ORDERED.

         DATED: July 20 _____, 2006.

_____
The Honorable Jeffrey S. White
United States District Judge

\\usoakfpa\kellis$\Simon - Proposed Order Granting Stipulated Request to Vacate.doc

– 1 –

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE THE DATE OF TRIAL AND SET A STATUS CONFERENCE